FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JARED ANTHONY WINTERER,

Plaintiff,

v.

UNITED STATES,

Defendant.

No.   2:26-cv-145-EFS

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION**

By Order filed May 6, 2026, the Court directed Plaintiff Jared Anthony Winterer, a *pro se* individual incarcerated at the Monroe Correctional Complex-IMU, to show cause why his application to proceed *in forma pauperis* should be granted.[1]  On May 14, 2026,

---

[1] ECF No. 6.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

Plaintiff filed a document titled, Amended Complaint Showing Cause.[2] On May 27, 2026, he filed a document titled, Final Draft Showing Cause or Motion for Reconsideration/Amended Complaint.[3] On June 5, 2026, he filed a "Motion to serve defendant."[4]

Liberally construing these submissions, the Court finds that Plaintiff has failed to demonstrate that he is eligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or that he was under imminent danger of serious physical injury when he filed his complaint.[5] Therefore, Plaintiff has lost the privilege of filing this lawsuit *in forma pauperis.* Because Plaintiff did not avail himself of the opportunity to pay the $405.00 filing fee, he may not proceed with this action.

//

/

---

[2] ECF No. 7.

[3] ECF No. 8.

[4] ECF No. 9.

[5] *See Andrews v. Cervantes,* 493 F.3d 1047, 1055–56 (9th Cir. 2007).

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2

Accordingly, **IT IS HEREBY ORDERED:**

1.    Plaintiff's application to proceed *in forma pauperis,* **ECF No. 3**, is **DENIED.**

2.    This action is **DISMISSED** without prejudice for nonpayment of the filing fee as required by 28 U.S.C. § 1914.

3.    Plaintiff's pending Motion to Serve Defendant, **ECF No. 9**, is **DENIED** as moot**.**

4.    The Clerk's Office shall **CLOSE** the file.

5.    The Court certifies any appeal of this dismissal would not be taken in good faith.

IT IS SO ORDERED. The Clerk's Office is directed to file this Order, enter judgment, and provide copies to Plaintiff.

DATED this 9th day of June 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 3