AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 09, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JARED ANTHONY WINTERER | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES | |
| *Defendant* | |

Civil Action No.   2:26-cv-145-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   This action is DISMISSED without prejudice for nonpayment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   EDWARD F. SHEA _____

Date:   6/9/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*